UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-62803-CIV-WILLIAMS

SEDRINE KENYA N. CATERSON,

    Plaintiff,

vs.

TRAVEL RESOURCE VACATION CLUB INC., *et al.*

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's report and recommendation (the "Report") (DE 24) on Plaintiff's motion for default judgment against Defendants Travel Resource Vacation Inc. and Lawrence Gibbons, Jr. (DE 19). No objections to the Report were filed and the time to do so has now passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 24) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for default judgment (DE 19) is **GRANTED**.

3. Judgment is entered against Defendants Travel Resource Vacation Inc. and Lawrence Gibbons, Jr. and in favor of Plaintiff Sedrine Kenya N. Caterson in the amount of **$ 685.26**, plus interest, for which Defendants are jointly and severally liable.

4. This case is **CLOSED**. However, the Court will retain jurisdiction to adjudicate Plaintiff's motion for attorneys' fees and costs. Plaintiff shall file a motion for attorneys' fees and costs within thirty (30) days of this order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 25th day of March, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE